No. 456. TIJERINA ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Richard F. Watt, John M. Bowlus, Morton Stavis,* and *William Kunstler* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 458. JOHNSON ET AL. *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted and the judgment below reversed. *Robert Eugene Smith* for petitioners. *Robert H. Quinn,* Attorney General of Massachusetts, *John Wall,* Assistant Attorney General, and *Garrett H. Byrne* for respondent.

No. 607. DAILY PRESS, INC. *v.* UNITED PRESS INTERNATIONAL ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Eugene Driker* for petitioner. *H. William Butler* and *Richard F. Stevens* for United Press International, *Leslie W. Fleming* for Evening News Assn., and *Kenneth Murray* and *Brownson Murray* for Knight Newspapers, Inc., respondents.